# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LAZAR LEYBOVICH,**
Appellant,

v.

**JONATHAN MARK KAUFMAN,**
Appellee.

Nos. 4D2024-1141 and 4D2024-1793

[October 23, 2025]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel A Casey, Judge; L.T. Case No. CACE22-016484.

Joe M. Grant and George L. Zinkler, III of Lorium Law, Fort Lauderdale, for appellant.

Chelsea E. Koff and Craig S. Barnett of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and EWEN, LILLIAN, Associate Judge, concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***